BEFORE THE SECOND DIVISION, FEBRUARY 2, 1966

**No. 69769.**—Lipman's et al. *v.* United States, protests 215206–K, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.